## Palmer, Appellant, *v.* Pittsburgh Rys. Co.

Argued October 8, 1925. Appeal, No. 145, March T., 1925, by plaintiff, from judgment of C. P. Allegheny Co., Jan. T., 1924, No. 1763, for defendant n. o. v., in case of Joseph Palmer v. Pittsburgh Railways Co., a corporation now in the hands of Charles A. Fagan et al., Receivers. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ. Affirmed.

Trespass for personal injuries. Before KLINE, J.

Verdict for plaintiff on which judgment n. o. v. was entered for defendant. Plaintiff appealed.

*Error assigned* was judgment n. o. v., quoting record.

*O. K. Eaton,* with him *H. Fred Mercer,* for appellant.

*William A. Challener,* for appellee.

OPINION BY MR. JUSTICE SCHAFFER, November 23, 1925:

This case is the companion case to the preceding one, Maue v. Pittsburgh Railways Company. For the reasons there given

The judgment is affirmed.